772

No. 750. ILLINOIS EX REL. GORDON, DIRECTOR OF LABOR, *v.* CAMPBELL, COLLECTOR OF INTERNAL REVENUE. February 25, 1946. Petition for writ of certiorari to the Supreme Court of Illinois granted. *George F. Barrett,* Attorney General of Illinois, *Albert E. Hallett* and *William C. Wines,* Assistant Attorneys General, for petitioner. *Solicitor General McGrath, Sewall Key, Helen R. Carloss* and *Norman S. Altman* for respondent.

No. 631. WOODS *v.* NIERSTHEIMER, WARDEN. On petition for writ of certiorari to the Circuit Court of Randolph County, Illinois; and

No. 671. WOODS *v.* NIERSTHEIMER, WARDEN. On petition for writ of certiorari to the Criminal Court of Cook County, Illinois. February 25, 1946. Petitions for writs of certiorari granted. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 328. WILSON ET AL., DOING BUSINESS AS WILSON LUMBER CO., *v.* COOK, COMMISSIONER OF REVENUES. See *ante,* p. 474.

Nos. 696 and 697. UNITED STATES *v.* JOSEPH A. HOLPUCH CO. March 4, 1946. Petition for writs of certiorari to the Court of Claims granted. *Solicitor General McGrath* for the United States.

No. 719. PINKERTON ET AL. *v.* UNITED STATES. March 4, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Thomas E. Skinner* for petitioners. *Solicitor General McGrath, W. Marvin Smith* and *Robert S. Erdahl* for the United States.